UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| LEGACY GROUP OF NC, INC., ) | |
|     Appellant, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 7:14-CV-84-F** |
| v. ) | |
| ) | |
| COASTAL CAROLINA DEVELOPERS, INC., ) | |
|     Appellee. ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the the orders of the Bankruptcy Court in Adversary Proceedings 13-00023-8-SWH, 13-00024-8-SWH, and 13-00025-8-SWH dismissing the actions for lack of subject matter jurisdiction are AFFIRMED.

**This Judgment Filed and Entered on January 12, 2015, and Copies To:**

George Mason Oliver (via CM/ECF Notice of Electronic Filing)
David J. Haidt (via CM/ECF Notice of Electronic Filing)

DATE                                        JULIE A. RICHARDS, CLERK
January 12, 2015                      /s/ Susan K. Edwards
                                                   (By) Susan K. Edwards, Deputy Clerk